## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TRIPWIRE, INC.**

                         **Plaintiff(s),**

**v.**                                               **Case No.: 3:17–cv–00114–YY**

**UPGUARD, INC., et al.**                  **NOTICE REGARDING CIVIL CASE PROCEDURES**

                         **Defendant(s).**

                                                  **(NON–CONSENT CASE)**

## NOTICE REGARDING CIVIL CASE PROCEDURES

**1.**    If all parties file written consents to allow a Magistrate Judge to enter final orders and judgment in this case in accordance with FRCP 73 and 28 USC § 636(c), then the court will waive the Pretrial Order and hold a telephone conference to set a trial date before Magistrate Judge You. Otherwise, upon the filing of the Pretrial Order, the case will be transferred to a district judge to set a trial date.

**2.**    The parties shall submit electronic copies of dispositive motions and memoranda (including responses and replies, but excluding exhibits) by sending Word files via email to Trish_Hunt@ord.uscourts.gov within three (3) business days after the electronic filing. A motion, response, or reply that fails to comply with this requirement may be stricken.

**3.**    Any discovery matters will be handled on an informal basis. Unless otherwise ordered, in the event a discovery motion is filed, no written response to the motion will be required.

**4.**    Pursuant to Local Rule 5–10(a), parties must file paper copies of dispositive motions, motions for injunctive relief, and any documents in excess of ten (10) pages (including responses and replies to motions, as well as attachments, exhibits, affidavits or declarations), marked as a "JUDGE'S COPY," by delivering them to the Clerk's Office within three business (3) days after the electronic filing. Parties are encouraged to submit all documents in an organized fashion, preferably 3–hole punched on the side and, if voluminous, in binders with tabs.

**5.**    Pursuant to Local Rule 7–1(a)(1), the party filing a motion must certify in the first paragraph of the motion that:

      **(A)**    The parties made a good faith effort through personal or telephone conferences to resolve the dispute, and have been unable to do so; or

      **(B)**    The opposing party willfully refused to confer; or

      **(C)**    The moving party or opposing party is a prisoner not represented by counsel. The court may deny any motion that fails to include this certification.

**6.**    Any scheduling questions, requests for conferences, or other case–related concerns should be directed to Judge You's courtroom deputy, Trish Hunt, who may be reached by telephone at (503) 326–8057, or by e–mail at Trish_Hunt@ord.uscourts.gov.