UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **TRIPWIRE, INC.,**<br><br>        Plaintiff,<br><br>    v.<br><br>**UPGUARD, INC., ET AL.**<br><br>        Defendants. | Civil Case No.: 3:17-cv-0114-YY<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIMS** |

Pursuant to the Parties' Stipulation and good cause appearing therefore, it is hereby ordered that (i) Counts I and II of Tripwire's Second Amended Complaint (Infringement of U.S. Patent Nos. 7,316,016 and 7,822,724 by UpGuard) are dismissed without prejudice; (ii) all remaining Counts or causes of action in Tripwire's Second Amended Complaint are dismissed with prejudice; and (iii) Defendant UpGuard's counterclaims are dismissed as moot and without prejudice such that Defendant UpGuard will be entitled to assert that any Tripwire Patent is not infringed, is invalid or is unenforceable as an affirmative defense or counterclaim to any future claim respecting such patent in which it is a party.

Each party shall bear its own costs and attorneys' fees in connection with this action.

IT IS SO ORDERED.

DATED: 1/18/2018

                                          /s/Youlee Yim You
                                          Youlee Yim You
                                          United States Magistrate Judge