| | | | |
|---|---|---|---|
| AO 120 (Rev. 08/10) | | | FINAL PATENT REPORT |
| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following
☐ Trademarks or ☑ Patents ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:17–cv–00114–YY | DATE FILED<br>1/24/2017 | U.S. DISTRICT COURT<br>District of Oregon |
|---|---|---|
| PLAINTIFF<br>Tripwire, Inc. | | DEFENDANT<br>UpGuard, Inc. |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  US 7,316,016 B2 | 1/1/2008 | Tripwire, Inc. |
| 2  US 7,822,724 B2 | 10/26/2010 | Tripwire, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| Order granting Stipulation of Dismissal of Claims signed on 1/18/2018 by Magistrate Judge Youlee Yim You. |

| CLERK<br>MARY L. MORAN | (BY) DEPUTY CLERK<br>P. Hunt | DATE<br>1/18/2018 |
|---|---|---|

**Copy 1 Upon initiation of action, mail this copy to Director   Copy 3 Upon termination of action, mail this copy to Director**
**Copy 2 Upon filing document adding patent(s), mail this copy to Director   Copy 4 Case file copy**